UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-81244-DMM

WILLIAM HERBERT BRITT

     Plaintiff,

v.

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## **VERDICT FORM**

We, the jury, return the following verdict:

1.  *Was there negligence on the part of Wal-Mart Stores East, LP, which was a legal cause of loss, injury, or damage to Willie Britt?

          **NO_____     YES_____**

     If your answer to Question 1 is NO, your verdict is for Wal-Mart Stores East, LP,  and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question. * **(While parties conferred, Plaintiff Objects to this newly included language and instruction)**

2.

2.  Was there negligence on the part of Willie Britt, which was a legal cause of his loss, injury, or damage?

**NO_____      YES_____**

If your answer to Question 2 is YES, please answer Question 3. If your answer to Question 2 is NO, please skip Question 3 and answer Questions 4 through 7.

3.  State the percentage of any negligence which was a legal cause of loss, injury, or damage to Willie Britt that you charge to:

Wal-Mart Stores East, LP _____%

Willie Britt                               _____%

YOUR TOTAL MUST EQUAL 100%

Please answer Questions 4 through 7 on damages

## DAMAGES

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Willie Britt. If you find that Willie Britt was to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

4.   What is the total amount of Willie Britt's damages for medical expenses incurred:

   a.   In the past?      $_____

   b.   In the future?    $_____

5.   What is the total amount of Willie Britt's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained:

   a.   In the past?      $_____

      b.  In the future?   $_____

6. Calculate the TOTAL AMOUNT OF DAMAGES FOR WILLIE BRITT by adding the amounts you provided for Questions 4 (a) and (b) and 5 (a) and (b).

      TOTAL DAMAGES $_____

**SO SAY WE ALL, this _____ day of June, 2021.**

      _____
      Signature of Foreperson

      _____
      Foreperson's Name (Printed)