UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-81244-DMM

WILLIAM HERBERT BRITT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties to this action, Plaintiff, WILLIAM BRITT and Defendant, WAL-MART STORES EAST, LP ("WALMART"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Date; April 21, 2022

| | |
|---|---|
| RUBENSTEIN LAW<br>*Counsel for Plaintiff*<br>9130 S. Dadeland Blvd., PH<br>Miami, FL 33156<br>(305) 661-6000 | LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND<br>*Counsel for Defendant*<br>110 Southeast 6th Street, 20th Floor<br>Fort Lauderdale, FL 33301<br>(954) 761-9900 |
| By: */s/ Peter Hunt*<br>  PETER HUNT<br>  FL Bar No.: 107350<br>  eservice@rubensteinlaw.com<br>  phunt@rubensteinlaw.com<br>  ahertz@rubensteinlaw.com | By: */s/ Dorsey C. Miller, III*<br>  DANIEL J. SANTANIELLO<br>  Florida Bar No.: 860948<br>  DORSEY C. MILLER, III<br>  Florida Bar No.: 580309<br>  LUKSFLL-Pleadings@LS-Law.com |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-81244-DMM

WILLIAM HERBERT BRITT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

IN CONSIDERATION of the foregoing Stipulation, it is:

**ORDERED AND ADJUDGED** that the claims of Plaintiff, WILLIAM HERBERT BRITT, against Defendant, WAL-MART STORES EAST, LP, are hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this ___ day of _____ 2022.

                                                          HONORABLE FEDERAL COURT JUDGE

Copies furnished:

Daniel J. Santaniello, Esq., and Dorsey Miller, Esq., Luks, Santaniello, Petrillo & Cohen 110 SE 6th Street, 20th Floor, Fort Lauderdale, FL 33301;LUKSFLL-Pleadings@LS-Law.com, Dmiller@insurancedefense.net, SIngleton@insurancedefense.net.

Peter Hunt, Esq., Rubenstein Law, 250 S. Australian Ave., Ste. 1000, West Palm Beach, FL 33401 phunt@rubensteinlaw.com.com; ahertz@rubensteinlaw.com; eservice@rubensteinlaw.com