UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-81244-Civ-Matthewman

WILLIAM HERBERT BRITT,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

FILED BY _____KJZ_____ D.C.
Apr 21, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 143], which states that the parties agree that the above-captioned case be dismissed with prejudice, with each party to bear its own attorney's fees and costs. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    This action is **DISMISSED WITH PREJUDICE;**

    2.    The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of April, 2022.

_____
William Matthewman
United States Magistrate Judge